## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-14 (RBW) |
| | ) | |
| BIJAN MATTHEW GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 9, 2023, via videoconference, it is hereby

**ORDERED** that, on May 18, 2023, at 10:00 a.m., the parties shall appear before the Court for a guilty plea hearing.  The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, based on the parties' joint request to continue this matter to a later date for the defendant to enter a guilty plea, the time from May 9, 2023, until May 18, 2023, is excluded under the Speedy Trial Act, so that this case may be resolved short of a trial by way of a guilty plea.

**SO ORDERED** this 9th day of May, 2023.

REGGIE B. WALTON
United States District Judge